**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Johnson, | No. CV-21-02083-PHX-MTL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has considered Defendant Shinn's Motion to Extend the September 6, 2022 Dispositive Motion Deadline under Fed. R. Civ. P. 6(b) (Doc. 34). Good cause appearing,

IT IS ORDERED granting Defendant Shinn's Motion to Extend the September 6, 2022 Dispositive Motion Deadline under Fed. R. Civ. P. 6(b) (Doc. 34).

IT IS FURTHER ORDERED extending the dispositive motion deadline to **December 2, 2022**.

The remainder of the Court's scheduling orders (Docs. 11, 33) as applicable are affirmed.

Dated this 9th day of August, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge